AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
04/22/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ____DVE____ DEPUTY



**FILED**
CLERK, U.S. DISTRICT COURT
04/22/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ____aro____ DEPUTY

United States of America,
v.

Jose Luis Martinez-Salvala, also known as ("aka") "Jorge Ramirez Jr.," aka "Jorge Junior Ramirez,"

Defendant(s).

Case No. 8:25-mj-00310-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>March 2, 2025,</u> in the county of Orange in the Central District of California, the defendant(s) violated:

*Code Section*
8 U.S.C. §1326(a), (b)(1)

*Offense Description*
Illegal Alien Found in the United States Following Deportation or Removal

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

ALBERT SEGUNDO, Deportation Officer, DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 22, 2025

*Judge's signature*

City and state: Santa Ana, California

Hon. JOHN D. EARLY, U.S. Magistrate Judge
*Printed name and title*

AUSA: Kevin Fu

## **AFFIDAVIT**

I, Albert Segundo, being duly sworn, declare and state as follows:

### I. **PURPOSE OF AFFIDAVIT**

1.  This affidavit is made in support of a complaint and arrest warrant against Jose Luis Martinez-Salvala, also known as ("aka") "Jorge Ramirez Jr.," aka "Jorge Junior Ramirez" ("MARTINEZ"), charging him with violating Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal).

2.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, data contained in Department of Homeland Security ("DHS") databases, the Alien File ("A-File") that is assigned to MARTINEZ, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. **BACKGROUND OF ALBERT SEGUNDO**

3.  I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since July 2021.  I am currently assigned to the Los

Angeles Enforcement and Removal Operations ("ERO") field office, Santa Ana sub-office.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about March 2, 2025, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that MARTINEZ was encountered by the City of Orange Police Department. MARTINEZ was transferred to the custody of the Orange County Sheriff's Department ("OCSD"). On or about March 2, 2025, MARTINEZ was determined to be at the Orange County Jail in Santa Ana, California, by Deportation Officer K. YOSHIDA ("DO YOSHIDA"). DO YOSHIDA is authorized to enforce Immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. DO YOSHIDA conducted a review of several databases which revealed MARTINEZ was amenable to ICE enforcement action. An Immigration Detainer (Form I-247A) was issued against MARTINEZ.

5. Based on my training and experience, I know a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On or about April 14, 2025, I reviewed DHS A-File A095-805-055 (the "DHS A-File"), which is maintained for the subject alien "MARTINEZ." The DHS A-File contained the following documents and information:

2

a. A Record of Deportable/Inadmissible Alien (Form I-213) forms listing a Federal Bureau of Investigation Identification number (FBI number). I compared the FBI number to the one listed on the electronic notification received from the PERC. These documents list the same FBI identification number. I thus believe that this DHS A-File and its contents corresponded to MARTINEZ.

b. The following documents related to MARTINEZ's removal:

i. An Order of the Immigration Judge showing that MARTINEZ was ordered removed from the United States to Mexico by David Burke, Immigration Judge, Lancaster, California, on or about April 13, 2010.

ii. An executed Warrant of Removal/Deportation (Form I-205) indicating that MARTINEZ was officially removed from the United States on or about April 15, 2010.

iii. I know from my training and experience that a Warrant of Removal, a Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed or excluded from the United States by DHS (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Notice to Alien Ordered Removed/Departure Verification in MARTINEZ DHS A-File contained a photograph, signature, and fingerprint

c. A Record of Deportable/Inadmissible Alien (Form I-213) located in the A-File indicates MARTINEZ claiming to be a

3

citizen and nation of Mexico to a OCSD Deputy A. TISCARENO ("Dep. TISCARENO"). Dep. TISCARENO is authorized to enforce Immigration laws pursuant to Section 287(g) of the Immigration and Nationality Act. Dep. TISCARENO conducted a review of several databases which revealed MARTINEZ was amenable to ICE enforcement action.

7. A record of conviction indicating MARTINEZ was convicted on or about October 22, 2009, for Second Degree Robbery, in violation of California Penal Code 211-212.5(C). The Superior Court of California, County of Orange, North Justice Center, Case Number 09NF2023, for which MARTINEZ received a sentence of 270 days in jail and 3 years formal probation.

8. On or about April 15, 2025, I reviewed the California Criminal Identification Index ("CII") for MARTINEZ. Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII for MARTINEZ shows that MARTINEZ had been convicted in the case referenced above.

9. On or about April 14, 2025, I reviewed the DHS computer indices on MARTINEZ. Based on my training and experience, I know the DHS computer indices track and document each time an alien is removed, deported, or excluded from the United States by DHS, was removed, deported, or excluded by the former INS, or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that MARTINEZ

4

was removed, deported, and/or excluded on or about the dates indicated on the Warrants of Removal/Deportation found in MARTINEZ's DHS A-File.  The DHS computer indices further indicated that MARTINEZ had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal.

Based on my review of MARTINEZ's DHS A-File, I determined that it does not contain any record of his applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in MARTINEZ's DHS A-File.

## IV. CONCLUSION

10.  For all the reasons described above, there is probable cause to believe that MARTINEZ has committed a

//

//

//

violation of Title 8, United States Code, Sections 1326(a), (b)(1): Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22nd day of April 2025.

_____
HON. JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE