**FILED**
CLERK, U.S. DISTRICT COURT
04/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>Jose Luis Martinez Salvala (a\k\a)<br>USMS# Jorge Ramirez (f.k.a) Jorge Junior Ramirez DEFENDANT | CASE NUMBER:<br>8:25-MJ-00310 - DUTY<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4-28-25 · 0700    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4. Charges under which defendant has been booked:

   8 USC 1326(a)(b)(1)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: English

7. Year of Birth: 1984

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Athena Vo

10. Remarks (if any): _____

11. Name: A. Segundo    (please print)

12. Office Phone Number: 213 364 5887    13. Agency: ICE

14. Signature: _____    15. Date: 4/28/25

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION