CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL A. SCHACHTER (Bar No. 298610)
(E Mail: michael_schachter@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598

Telephone: (714) 338-4500 Facsimile: (714) 338-4520

Attorneys for Defendant JOSE LUIS MARTINEZ-SALVALA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JOSE LUIS MARTINEZ-SALVALA | Case No. 8:25-mj-00310-DUTY<br><br>**Assertion of Fifth and Sixth Amendment Rights** |

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____        _____ Michael
(Defendant's Signature)           Attorney's Name/Signature Schachter

Date/Time  4/28/25  3:30 p.m.  _____ a.m./p.m.

Interpreter: _____

If defendant is not English speaker, include the following:

1
2  I, the above-named defendant, hereby assert my Fifth and Sixth Amendment
3 rights to remain silent and to have counsel present at any and all of my interactions with
4 the government or others acting on the government's behalf. I do not wish to, and will
5 not, waive any of my constitutional rights except in the presence of counsel. I do not
6 want the government or others acting on the government's behalf to question me, or to
7 contact me seeking my waiver of any rights, unless my counsel is present.
8
9
10 I, _____, am fluent in written and spoken English and
11 _____ languages. I accurately translated this Assertion of Fifth and
12 Sixth Amendment Rights from English into _____ to defendant
13 _____, on this date.
14
15 DATE: _____
16                  Interpreter
17 _____
18 (Defendant's Signature)        Attorney's Name/Signature
19
20 Date/Time _____ a.m./p.m.
21
22
23
24
25
26
27
28