**FILED**
CLERK, U.S. DISTRICT COURT
04/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br>V. | 8:25-mj-00310-DUTY |
| Jose Luis Martinez-Salvala, also known as ("aka") "Jorge Ramirez Jr.," aka "Jorge Junior Ramirez"<br><br>Defendant(s). | **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Jose Luis Martinez-Salvala and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☒ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Illegal Alien Found in the United States Following Deportation or Removal.

in violation of Title __8__ United States Code, Section(s) __1326(a), (b)(1)__

| Brian D. Karth | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | April 22, 2025; Santa Ana, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature]<br>SIGNATURE OF DEPUTY CLERK | By: Hon. John D. Early<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

BUENA PARK, CALIFORNIA

| 4-22-2025 | A. SEGUNDO |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 4-28-2025 | DEPORTATION OFFICER |
| DATE OF ARREST | TITLE |
| | [signature] |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |