# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED** 05/27/2025
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

Case Number: 8:25-cr-00084-DOC
Defendant Number: 1
U.S.A. v. JOSE LUIS MARTINEZ-ZALVALA
Year of Birth: 1989
[ ] Indictment   [✓] Information
Investigative agency (FBI, DEA, etc.): HSI/DHS

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
  [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
  [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: March 2, 2025

c. County in which first offense occurred: ORANGE

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
  [ ] Los Angeles   [ ] Ventura
  [ ] Orange        [ ] Santa Barbara
  [ ] Riverside     [ ] San Luis Obispo
  [ ] San Bernardino [ ] Other

Citation of Offense: 8 U.S.C. §§ 1326(a), (b)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
  [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
  [ ] Eastern (Riverside and San Bernardino)  [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
  [✓] No   [ ] Yes
  If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 4/22/25
Case Number: SA25MJ310
Assigned Judge: _____
Charging: 8 U.S.C. § 1326(a)
The complaint/CVB citation:
  [✓] is still pending
  [ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: Michael Schachter
Phone Number: (714) 338-4500

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  [ ] Yes*   [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No
This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____
Case Number: _____
The superseded case:
  [ ] is still pending before Judge/Magistrate Judge
  [ ] was previously dismissed on _____
Are there 8 or more defendants in the superseding case?
  [ ] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [ ] No
Was a Notice of Complex Case filed on the Indictment or Information?
  [ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☑ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes  ☑ No
IF YES, should matter be sealed? ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☑ immigration offenses
☐ corporate fraud
☐ Other: _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes  ☑ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration: ☐ State  ☑ Federal
b. Name of Institution: Santa Ana Jail
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☑ Solely on this charge. Date and time of arrest: 4/28/25
e. On another conviction: ☐ Yes  ☑ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes  ☑ No
   IF YES: ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 05/15/2025

/s/ Kevin Y. Fu
Signature of Assistant U.S. Attorney
KEVIN Y. FU
Print Name